# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2013

146725 & (52)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re Estate of TERRI A. SHOLBERG

_____

DIANE K. SHOLBERG, as Personal
Representative for the Estate of Terri A.
Sholberg,
          Plaintiff-Appellee,

v

ROBERT TRUMAN and MARILYN TRUMAN,
          Defendants-Appellants,
and

DANIEL TRUMAN,
          Defendant.
_____/

SC: 146725
COA: 307308
Emmet CC: 10-002711-NI

On order of the Court, the motion for immediate consideration is GRANTED. We further ORDER that trial court proceedings are stayed pending the completion of this appeal. The application for leave to appeal the November 15, 2012 judgment of the Court of Appeals remains pending.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2013

_____
Clerk

t0424